Case 4:20-cv-02637   Document 79   Filed on 10/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LYONDELL CHEMICAL COMPANY, § § Plaintiff, § § v. § § EMMA SHIPPING SA; INTERNATIONAL FLEET CHARTERING LLC; DEUGRO (USA), INC.; DSHIP CARRIERS (AMERICAS), INC.; ZEAMARINE AMERICAS, LLC; DOOSAN MECATEC CO. LTD.; and MV UHL FLASH (EX-MV ZEA FLASH). § § § § § § § § § § Defendants. § | CIVIL ACTION NO. 4:20-cv-02637 (ASH)(RWB) |

# MOTION OF MICHAEL C. ELLIOTT
## TO WITHDRAW HIS APPEARANCE AS ATTORNEY FOR PLAINTIFF

Pending before the Court is Michael C. Elliott's Motion to Withdraw as Counsel for Plaintiff, Lyondell Chemical Company. The Court, having considered the Motion, finds that good cause has been shown to grant the Motion to Withdraw as Counsel, and the Motion is hereby GRANTED.

Entered this  24th  day of  October , 2025.

_____
UNITED STATES MAGISTRATE JUDGE

1